## Brown v. Brown, Appellant.

Argued December 14, 1967. *Richard E. Brandow,* for appellant; *Robert B. Apple,* for appellee.

PER CURIAM: Order affirmed. Having made an independent study of the entire record, we are of the

opinion that the court below properly granted a decree in divorce in this case.

Ervin, P. J., and Wright, J., took no part in the consideration or decision of this case.